UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:

TIMOTHY BRIAN BURROW                     CASE NO. 20-10062
ANGELA HOPE BURROW                       JUDGE BENJAMIN A. KAHN
6181 PICKETTS MILL ROAD
SEAGROVE, NC  27341

        DEBTORS

SSN(1) XXX-XX-4554    SSN(2) XXX-XX-1587    DATE:  08/31/2020

---

## REPORT OF FILED CLAIMS

---

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AARONS SALES & LEASE OWNERSHIP INC | $0.00 | (S) SECURED |
| % CORPORATION SERVICE COMPANY | INT: .00% | NOT FILED |
| 327 HILLSBOROUGH ST | NAME ID: 179122 | ACCT: |
| RALEIGH, NC  27603 | CLAIM #: 0011 | COMMENT:  OC |
| ASHLEY FUNDING SERVICES LLC | $235.00 | (U) UNSECURED |
| % RESURGENT CAPITAL SERVICES | INT: .00% | |
| P O BOX 10587 | NAME ID: 43468 | ACCT: 8850 |
| GREENVILLE, SC  29603-0587 | CLAIM #: 0028 | COMMENT:  LAB CORP |
| BASIC FINANCE INC | $3,485.33 | (U) UNSECURED |
| 519 E BROAD AVE | INT: .00% | |
| P O BOX 879 | NAME ID: 181091 | ACCT: 8437 |
| ROCKINGHAM, NC  28380 | CLAIM #: 0015 | COMMENT: |
| BASIC FINANCE INC | $4,612.60 | (U) UNSECURED |
| 519 E BROAD AVE | INT: .00% | |
| P O BOX 879 | NAME ID: 181091 | ACCT: 8384 |
| ROCKINGHAM, NC  28380 | CLAIM #: 0038 | COMMENT: |
| CAPITAL ONE BANK USA NA | $660.99 | (U) UNSECURED |
| % AMERICAN INFOSOURCE LP | INT: .00% | |
| P O BOX 71083 | NAME ID: 116268 | ACCT: 8761 |
| CHARLOTTE, NC  28272 | CLAIM #: 0016 | COMMENT: |
| CAPITAL ONE BANK USA NA | $456.48 | (U) UNSECURED |
| % AMERICAN INFOSOURCE LP | INT: .00% | |
| P O BOX 71083 | NAME ID: 116268 | ACCT: 2277 |
| CHARLOTTE, NC  28272 | CLAIM #: 0036 | COMMENT: |
| CAPITAL ONE NA | $3,144.68 | (U) UNSECURED |
| % BECKET & LEE LLP | INT: .00% | |
| P O BOX 3001 | NAME ID: 135165 | ACCT: 4286 |
| MALVERN, PA  19355-0701 | CLAIM #: 0017 | COMMENT:  KOHL'S |
| DUKE ENERGY | $0.00 | (U) UNSECURED |
| % ONLINE COLLECTIONS | INT: .00% | NOT FILED |
| 685 W FIRE TOWER RD | NAME ID: 178892 | ACCT: |
| WINTERVILLE, NC  28590 | CLAIM #: 0020 | COMMENT: |

PAGE 2  -  CHAPTER 13 CASE NO. 20-10062

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| FIRST FINANCIAL INVESTMENT FUND HOLDINGS LLC % JEFFERSON CAPITAL SYSTEMS LLC P O BOX 772813 CHICAGO, IL 60677-2813 | $3,855.25 INT: .00% NAME ID: 159745 CLAIM #: 0042 | (U) UNSECURED ACCT: 0461 COMMENT: WEBBANK |
| FIRST HEALTH OF THE CAROLINAS P O BOX 580484 CHARLOTTE, NC 28258 | $0.00 INT: .00% NAME ID: 12338 CLAIM #: 0022 | (U) UNSECURED NOT FILED ACCT: COMMENT: |
| FIRST POINT RESOURCES P O BOX 26140 GREENSBORO, NC 27402 | $0.00 INT: .00% NAME ID: 38570 CLAIM #: 0024 | (U) UNSECURED NOT FILED ACCT: COMMENT: |
| GEORGE BROWN ASSOC 2200 CROWN POINT EXEC DR CHARLOTTE, NC 28227 | $0.00 INT: .00% NAME ID: 39449 CLAIM #: 0025 | (U) UNSECURED NOT FILED ACCT: COMMENT: |
| INDIGO % CELTIC BANK P O BOX 4477 BEAVERTON, OR 97076 | $0.00 INT: .00% NAME ID: 171964 CLAIM #: 0026 | (U) UNSECURED NOT FILED ACCT: COMMENT: |
| INTERNAL REVENUE SERVICE P O BOX 7346 PHILADELPHIA, PA 19101-7346 | $0.00 INT: .00% NAME ID: 123770 CLAIM #: 0001 | (P) PRIORITY NOT FILED ACCT: 4554 COMMENT: OC |
| JEFFERSON CAPITAL SYSTEMS LLC P O BOX 772813 CHICAGO, IL 60677-2813 | $2,770.66 INT: .00% NAME ID: 158804 CLAIM #: 0030 | (U) UNSECURED ACCT: 4507 COMMENT: 620TFCL |
| JON BARRY & ASSOCIATES INC DBA PARAGON REVENUE GROUP 216 LEPHILLIP COURT CONCORD, NC 28025 | $0.00 INT: .00% NAME ID: 154527 CLAIM #: 0027 | (U) UNSECURED NOT FILED ACCT: COMMENT: |
| LVNV FUNDING LLC % RESURGENT CAPITAL SERVICES P O BOX 10587 GREENVILLE, SC 29603-0587 | $1,040.43 INT: .00% NAME ID: 43307 CLAIM #: 0019 | (U) UNSECURED ACCT: 9157 COMMENT: |
| LVNV FUNDING LLC % RESURGENT CAPITAL SERVICES P O BOX 10587 GREENVILLE, SC 29603-0587 | $4,627.72 INT: .00% NAME ID: 43307 CLAIM #: 0021 | (U) UNSECURED ACCT: 5642 COMMENT: FINGERHUT |
| MIDLAND FUNDING LLC % MIDLAND CREDIT MGMT INC P O BOX 2011 WARREN, MI 48090 | $852.37 INT: .00% NAME ID: 154854 CLAIM #: 0018 | (U) UNSECURED ACCT: 1643 COMMENT: |
| MIDLAND FUNDING LLC % MIDLAND CREDIT MGMT INC P O BOX 2011 WARREN, MI 48090 | $1,219.14 INT: .00% NAME ID: 154854 CLAIM #: 0039 | (U) UNSECURED ACCT: 8228 COMMENT: |

PAGE 3  -  CHAPTER 13 CASE NO. 20-10062

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 4554<br>COMMENT: OC |
| ONEMAIN FINANCIAL GROUP LLC<br>P O BOX 3251<br>EVANSVILLE, IN  47731-3251 | $3,892.50<br>INT: 6.75%<br>NAME ID: 162216<br>CLAIM #: 0009 | (V) VEHICLE-SECURED<br><br>ACCT: 3135<br>COMMENT: 07CHEV |
| ONEMAIN FINANCIAL GROUP LLC<br>P O BOX 3251<br>EVANSVILLE, IN  47731-3251 | $10,049.73<br>INT: .00%<br>NAME ID: 162216<br>CLAIM #: 0013 | (U) UNSECURED<br><br>ACCT: 3135<br>COMMENT: SPLIT |
| PMAB LLC<br>4135 S STREAM BLVD STE 400<br>CHARLOTTE, NC  28217 | $0.00<br>INT: .00%<br>NAME ID: 146487<br>CLAIM #: 0029 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| PREMIER BANKCARD LLC<br>% JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $1,219.61<br>INT: .00%<br>NAME ID: 165286<br>CLAIM #: 0023 | (U) UNSECURED<br><br>ACCT: 4873<br>COMMENT: |
| PREMIER BANKCARD LLC<br>% JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $871.23<br>INT: .00%<br>NAME ID: 165286<br>CLAIM #: 0040 | (U) UNSECURED<br><br>ACCT: 8985<br>COMMENT: |
| RANDOLPH CO REGISTER OF DEEDS<br>P O BOX 4458<br>ASHEBORO, NC  27204 | $52.00<br>INT: .00%<br>NAME ID: 1541<br>CLAIM #: 0043 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC  27205 | $151.93<br>INT: .00%<br>NAME ID: 9626<br>CLAIM #: 0003 | (U) UNSECURED<br><br>ACCT: 1587<br>COMMENT: EMS CHGS |
| REGIONAL ACCEPTANCE CORP<br>BANKRUPTCY SECT/100-50-01-51<br>P O BOX 1847<br>WILSON, NC  27894-1847 | $19,942.97<br>INT: 6.75%<br>NAME ID: 51368<br>CLAIM #: 0007 | (V) VEHICLE-SECURED<br><br>ACCT: 2625<br>COMMENT: 16FORD |
| RTO HOLDINGS LLC<br>ATTN MANAGING AGENT OR OFFICER<br>1246 LOYCE LANE<br>DOUGLAS, GA  31533 | $5,002.95<br>INT: .00%<br>NAME ID: 180928<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 8098<br>COMMENT: |
| SCA COLLECTION INC<br>P O BOX 876<br>GREENVILLE, NC  27835 | $0.00<br>INT: .00%<br>NAME ID: 55780<br>CLAIM #: 0031 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SCOTLAND HEALTH CARE<br>P O BOX 1847<br>LAURINBURG, NC  28353 | $0.00<br>INT: .00%<br>NAME ID: 143855<br>CLAIM #: 0032 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

PAGE 4  -  CHAPTER 13 CASE NO. 20-10062

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $0.00<br>INT: .00%<br>NAME ID: 170064<br>CLAIM #: 0012 | (S) SECURED<br>SURRENDERED<br>ACCT: 0179<br>COMMENT:  OC,REL,SHARES |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $511.78<br>INT: .00%<br>NAME ID: 170064<br>CLAIM #: 0033 | (U) UNSECURED<br><br>ACCT: 6684<br>COMMENT: |
| STATE EMPLOYEES CREDIT UNION<br>ATTN OFFICER<br>P O BOX 25279<br>RALEIGH, NC  27611 | $251.92<br>INT: .00%<br>NAME ID: 170064<br>CLAIM #: 0037 | (U) UNSECURED<br><br>ACCT: 0179<br>COMMENT:  SPLIT |
| STERN & ASSOCIATES<br>P O BOX 14899<br>GREENSBORO, NC  27415 | $0.00<br>INT: .00%<br>NAME ID: 146724<br>CLAIM #: 0034 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| TANGLEWOOD II<br>4620 WOODLAND CORPORATE BLVD<br>TAMPA, FL  33614 | $0.00<br>INT: .00%<br>NAME ID: 180929<br>CLAIM #: 0035 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| VANDERBILT MORTGAGE & FINANCE<br>P O BOX 9800<br>MARYVILLE, TN  37802 | MONTHLY PMT  $1,024.21<br>INT: .00%<br>NAME ID: 42216<br>CLAIM #: 0004 | (H) ONGOING-SECURED<br><br>ACCT: 2588<br>COMMENT:  DT RE RP,CTD,EFF MAY20 |
| VANDERBILT MORTGAGE & FINANCE<br>P O BOX 9800<br>MARYVILLE, TN  37802 | $2,100.61<br>INT: .00%<br>NAME ID: 42216<br>CLAIM #: 0005 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 2588<br>COMMENT:  ARR THRU JAN 20 |
| VANDERBILT MORTGAGE & FINANCE<br>P O BOX 9800<br>MARYVILLE, TN  37802 | $3,056.41<br>INT: .00%<br>NAME ID: 42216<br>CLAIM #: 0006 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 2588<br>COMMENT:  ARR,FEB THRU APR 20 |
| VERIZON BY AMERICAN INFOSOURCE AS<br>AGENT<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | $481.84<br>INT: .00%<br>NAME ID: 176005<br>CLAIM #: 0041 | (U) UNSECURED<br><br>ACCT: 0001<br>COMMENT: |
| WESTLAKE FINANCIAL SERVICES<br>4751 WILSHIRE BLVD 100<br>LOS ANGELES, CA  90010 | $11,519.64<br>INT: 6.75%<br>NAME ID: 41751<br>CLAIM #: 0008 | (V) VEHICLE-SECURED<br><br>ACCT: 3274<br>COMMENT:  14FORD |
| **TOTAL:** | **$87,089.98** | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,500.00 | ATTORNEY FEE |

PAGE 5  -  CHAPTER 13 CASE NO. 20-10062

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

PAGE 5  -  CHAPTER 13 CASE NO. 20-10062

PAGE 6  -  CHAPTER 13 CASE NO. 20-10062

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  08/31/2020

OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtors
    Attorney for Debtors - Electronic Notice